# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTONIO M. BREAKMAN, #83500 | ) ) ) | |
| Plaintiff, | ) ) | 3:11-cv-00004-ECR-RAM |
| vs. | ) ) | **SCREENING ORDER** |
| STATE OF NEVADA, et al., | ) ) | |
| Defendants. | ) ) / | |

This is a prisoner civil rights action.

Plaintiff is incarcerated at Ely State Prison ("ESP") and has sued the State of Nevada, the Nevada Department of Corrections ("NDOC"), and NDOC Medical Director Robert B. Bannister. While here plaintiff sues a different defendant, the courts notes that his claims directly relate to the claims he has set forth in 3:10-cv-00633-ECR-VPC, in which his complaint was dismissed with leave to file an amended complaint (*see* docket #10).

Accordingly, this action is dismissed as duplicative. If plaintiff files an amended complaint in 3:10-cv-00633-ECR-VPC, he must include all of his claims related to his alleged internal bleeding.

1     **IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and **FILE** the
2 complaint (docket #1-2).

3     **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

4     **IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in
5 BREAKMAN V. STATE, 3:10-cv-00633-ECR-VPC.

6     **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and
7 close this case.

9     DATED this 8th day of February, 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE