AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

ANTONIO M. BREAKMAN,

    Plaintiff,

V.

STATE OF NEVADA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00633-ECR-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE for the failure of plaintiff to comply with this court's order of January 31, 2011 (Document No. 10).

|  |  |
|---|---|
| March 23, 2011 | **LANCE S. WILSON** <br> Clerk |
|  | /s/ Katie Lynn Ogden <br> Deputy Clerk |