

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO M. BREAKMAN, #83500 ) ) ) | |
| Plaintiff, ) | 3:10-cv-00633-ECR-VPC |
| vs. ) ) | **ORDER** |
| STATE OF NEVADA, *et al.*, ) ) | |
| Defendants. ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On January 31, 2011, the court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days (docket #10). On March 23, 2011, the court dismissed this action with prejudice after plaintiff failed to file an amended complaint or to take any action whatsoever (docket #13). On April 13, 2011, plaintiff filed a motion to vacate judgment (docket #15) and attached his first amended complaint (docket #15-1). On May 2, 2011, defendant filed a motion for extension of time to respond to plaintiff's motion to vacate judgment (docket #16). Defendant requests an five-day extension. Defendant's motion is granted. Defendant has five (5) days from the date this Order is entered to file his response to plaintiff's motion to vacate judgment.

1       **IT IS THEREFORE ORDERED** that defendant's motion for extension of time to
2 respond to plaintiff's motion to vacate judgment (docket #16) is **GRANTED**. Defendant has five (5)
3 days from the date this Order is entered to file his response to plaintiff's motion.

DATED this 4th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE