# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTONIO BREAKMAN, | ) | 3:10-CV-0633-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 20, 2011 |
| | ) | |
| MICHAEL B. KOEHN, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff filed an emergency motion for an order to defendant's counsel to correct retaliatory action (#41).  Defendant filed an opposition (#44).  No reply was filed.

   By this motion (#41), plaintiff is alleging a new cause of action that is subject to exhaustion and screening as required by the Prison Litigation Reform Act.  Therefore, plaintiff's emergency motion for an order to defendant's counsel to correct retaliatory action (#41) is **DENIED**.

   **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                          By:            /s/
                                      Deputy Clerk