1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * * * *

9  ANTONIO M. BREAKMAN,                )
                                        )
10         Plaintiff,                   )       3:10-cv-00633-LRH-VPC
                                        )
11  v.                                  )
                                        )       O R D E R
12  STATE OF NEVADA, *et al.*,          )
                                        )
13         Defendants.                  )
   _____)

14

15    Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16 Cooke (#67[1]) entered on September 14, 2012, recommending granting Defendant's Renewed Motion

17 for Summary Judgment (#52) filed on March 8, 2012. No objection to the Report and Recommendation

18 has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B

19 and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of

20 Nevada.

21    The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22 memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

23 and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

24 (#67) entered on September 14, 2012, should be adopted and accepted.

25 _____

26     [1]Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#67) entered on September 14, 2012, is adopted and accepted, and Defendant's Renewed Motion for Summary Judgment (#52) is GRANTED as to Plaintiff's Eighth Amendment claim.

IT IS SO ORDERED.

DATED this 7th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE